**50**

**Roderick GREGORY,
Defendant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. 61107.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 4, 1992.

Jeannie Arterburn, St. Louis, for defendant, appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent, respondent.

### ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Andrew N. WALLACE, Appellant.**

**No. WD 45081.**

Missouri Court of Appeals,
Western District.

Aug. 4, 1992.

J. Bryan Allee, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of possession of controlled substance, § 195.020, RSMo 1986 (repealed 1989), and from sentence of two years' imprisonment.

Judgment affirmed. Rule 30.25(b).